SUSAN B. YERKES, Appellant, *v.* CHARLES MCFADDEN, Sr., et al., Respondents.

(Submitted January 15, 1894; decided January 30, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made December 9, 1892, which reversed an order of the county judge of Schuyler

·county directing a sale of chattels seized under a warrant of attachment issued in this action.

*John M. Roe* for appellant.

*O. P. Hurd* for respondents.

Agree to affirm; no opinion.
All concur.
Order affirmed.